

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00738-CR

The **STATE** of Texas,
Appellant

v.

Ivan **GALINDO-CHAVEZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,799
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order granting Ivan Galindo-Chavez's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED October 4, 2023.

_____
Luz Elena D. Chapa, Justice